1  AARON D. FORD
     Attorney General
2  VICTORIA C. COREY (Bar No. 16364C)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-9245 (phone)
   (702) 486-3773 (fax)
6  Email: vcorey@ag.nv.gov

7  *Attorneys for Interest Party*
   *Nevada Department of Corrections*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  TERRANCE DAVIS,                          Case No. 3:23-cv-00003-ART-CLB

12                  Plaintiff,

13   v.                                      **ORDER GRANTING MOTION
                                             TO CONTINUE EARLY
14  UNDERWOOD, *et al.*,                     MEDIATION CONFERENCE TO
                                             AUGUST 25, 2023**
15                  Defendants.

16        Interested Party Nevada Department of Corrections, by and through counsel, Aaron

17  D. Ford, Nevada Attorney General, and Victoria C. Corey, Deputy Attorney General, of the

18  State of Nevada, Office of the Attorney General, hereby submit their motion to continue

19  the Early Mediation Conference to August 25, 2023 and respectfully request that the Court

20  continue the Early Mediation Conference (EMC). Defendants' request is supported by good

21  cause.

22        District courts have the inherent power to control their dockets. *Thompson v. Hous.*

23  *Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). Good cause to continue the

24  Early Mediation Conference exists. This is one of the four (4) cases that was scheduled for

25  a quadruple EMC for July 11, 2023. ECF No. 9. Plaintiff has a pro bono appointed counsel

26  in one of his other cases, *Davis v. Cooke et al.*, USDC 3:22-cv-00473-ART-CLB, and when

27  counsel for both Plaintiff and Interested Party spoke during their meet and confer on June

28  21, 2023, as required by the Order Setting Inmate Early Mediation Conference (*see* ECF

No. 25 in 3:22-cv-00473-ART-CLB), counsel for Plaintiff was unaware that Plaintiff has three (3) other cases[1] and the EMC scheduled for July 11, 2023 is a quadruple EMC for purposes of a global settlement. Plaintiff's counsel expressed that she would look into the possibility of representing Plaintiff in this case, as well as the other two cases for purposes of the EMC only. Interested Party's counsel is more than happy to continue the quadruple EMC, with the idea that a global settlement may be reached.

Plaintiff's Counsel in 3:22-cv-00473-ART-CLB, and Counsel for Interest Party's have emailed Ms. Ashlyn Bye to inquire on a potential new (and earliest) date for a global EMC, and parties have agreed to August 25, 2023 at 8:30am. Based on the foregoing, the Parties submit that good cause exists to grant the requested continuance and that the EMC be continued to **Friday, August 25, 2023 at 8:30am, or the Court's earliest available date.**

DATED this 22nd day of June, 2023.

AARON D. FORD
Attorney General

By: /s/ *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364C)
Deputy Attorney General

*Attorneys for Interested Party*
*Nevada Department of Corrections*

**IT IS SO ORDERED.**

**DATED:** _June 23, 2023_

UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Davis has a total of four pending cases: *Davis v. C/O Little et al.,* USDC 3:23-cv-00033-RCJ-CLB; *Davis v. Underwood et al.,* USDC 3:23-cv-00003-ART-CLB; *Davis v. Gonzalaz et al.,* USDC 3:22-cv-00188-RCJ-CLB; and *Davis v. Cooke et al.,* USDC 3:22-cv-00473-ART-CLB