AARON D. FORD
 Attorney General
JESSICA BROWN (Bar No. 14487)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: j.brown@ag.nv.gov

*Attorneys for Interested Party,
Nevada Department of Corrections*

X  FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 23, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DAVIS, | Case No. 3:23-cv-00003-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION AND ORDER TO DISMISS** |
| UNDERWOOD, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections, James Underwood, and all persons named and unnamed, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Jessica Brown, Deputy Attorney General, and Plaintiff, Terrance Davis, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

. . .

. . .

. . .

. . .

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 9 day of January 2024.

By: /s/ Terrance Davis
Terrance Davis
Plaintiff, *Pro Se*

DATED this 5th day of January 2024.

AARON D. FORD
Attorney General

By: /s/ Jessica Brown
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED February 23, 2024.

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2